IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID LAMONT,

    Petitioner,

v.                                                       CASE NO. 1:11-cv-274-MP-GRJ

STATE OF FLORIDA,

    Respondent.

_____/

## O R D E R

This case is before the Court on Doc. 1, a Petition Under 28 U.S.C. § 2254 By A Person In Custody Pursuant to a State Court Judgment. Petitioner is incarcerated at Walton Correctional Institution, within this District. Petitioner challenges his conviction in the Circuit Court for the Fifth Judicial Circuit in and for Marion County, Florida. Jurisdiction is, therefore, appropriate either in this district or in the United States District Court for the Middle District of Florida, as the districts of confinement and conviction, respectively.  28 U.S.C. § 2241(d).   The district of conviction would appear to be the most convenient for witnesses should an evidentiary hearing be necessary, and therefore, transfer of this case to the Middle District is appropriate.  See  *Mitchell v. Henderson*, 432 F.2d 435, 436 (5th Cir. 1970); *Parker v. Singletary*, 974 F.2d 1562, 1582, n. 118 (11th Cir. 1992).

    Accordingly, it is **ORDERED:**

That this case is hereby **TRANSFERRED** to the Middle District of Florida for all further proceedings.  The Clerk is directed to close the file.

**DONE AND ORDERED** this 23rd day of December 2011.

                                                     *s/ Gary R. Jones*
                                                     GARY R. JONES
                                                     United States Magistrate Judge